# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>NEC CORPORATION,<br><br>Defendant. | Case No. 6:20-cv-00925-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON DEFENDANT

1. Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") filed the Motion for Leave to Effect Alternative Service on Defendant NEC Corporation ("NEC") on December 3, 2020. [DE 8.]

2. NEC confirmed in writing that it would waive service under Fed. R. Civ. P. 4.

3. WSOU submitted the service waiver to NEC and expects to be able to submit it to the Court within the week.

WHEREFORE, WSOU respectfully requests to withdraw its Motion for Leave to Effect Alternative Service on NEC.

Dated: December 9, 2020

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
**Rabicoff Law LLC**
5680 King Centre Dr, Suite 645

Alexandria, VA 22315
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**WSOU Investments, LLC d/b/a Brazos Licensing and**
**Development**

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on December 9, 2020, via the Court's CM/ECF system.

              /s/ *Isaac Rabicoff*
              Isaac Rabicoff