IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>NEC CORPORATION,<br><br>Defendant. | § § § § § § § § § § § § § § § § | Case No. 6:20-cv-00925-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON DEFENDANT

Before the Court is Plaintiff's Motion to Withdraw Motion for Leave to Effect Alternative Service on Defendant NEC Corporation. After considering Plaintiff's Motion and supporting evidence, the Court finds that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Effect Alternative Service on Defendant NEC Corporation is withdrawn.

SIGNED this _____ day of _____, 2020.

_____
HON. ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE