# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>   *Plaintiff*,<br><br>v.<br><br>NEC CORPORATION,<br>   *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION 6:20-cv-00923-ADA<br>CIVIL ACTION 6:20-cv-00924-ADA<br>CIVIL ACTION 6:20-cv-00925-ADA<br>CIVIL ACTION 6:20-cv-00926-ADA<br>CIVIL ACTION 6:20-cv-00927-ADA |

## **JOINT MOTION TO ENTER AGREED SCHEDULING ORDER**

Pursuant to the Court's instructions and the Court's Order Governing Proceedings, the Parties have conferred on a proposed scheduling order. The Parties respectfully request the Court move the estimated September 26, 2022 trial date to December 19, 2022 to allow sufficient time to conduct discovery and develop these cases, which involve five patents, multiple accused products, and foreign parties, including Defendant NEC Corporation.

The parties agree on the case schedule attached as Exhibit A.

Dated:  May 24, 2021

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:   (254) 772-6432

**ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT**

By: */s/ Hilda C. Galvan*
Hilda C. Galvan
Lead Attorney
Texas State Bar No. 00787512
hcgalvan@jonesday.com
Keith B. Davis
Texas State Bar No. 24037895
kbdavis@jonesday.com
**JONES DAY**
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Maxwell A. Fox
**JONES DAY**
mfox@jonesday.com
Okura Prestige Tower 2-10-4 Toranomon
Minato-ku, Tokyo 105-0001, Japan
Telephone:  813.6800.1876
Facsimile: 81.3.5570.1520

Stuart Wesley Yothers
syothers@jonesday.com
**JONES DAY**
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3893
Facsimile: (212) 755-7306

**ATTORNEYS FOR DEFENDANT NEC CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                           */s/ Jonathan K. Waldrop*
                                           **Jonathan K. Waldrop**