**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00923-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00924-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00925-ADA |
| | § | CIVIL ACTION 6:20-cv-00926-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00927-ADA |
| | § | |
| NEC CORPORATION, | § | |
| *Defendant.* | § | |
| | § | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff WSOU Investments, LLC and Defendant NEC Corporation respectfully submit this Joint Motion for Entry of Agreed Protective Order, which is attached hereto as Exhibit 1.

Date: September 21, 2021

Respectfully submitted,

By: */s/ Mark D. Siegmund*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

        Mark D. Siegmund (TX Bar No. 24117055)
        mark@waltfairpllc.com
        **LAW FIRM OF WALT FAIR, PLLC**
        1508 N. Valley Mills Drive
        Waco, TX 76710
        Telephone:  (254) 772-6400
        Facsimile:  (254) 772-6432

        **ATTORNEYS FOR PLAINTIFF**
        **WSOU INVESTMENTS, LLC**
        **d/b/a BRAZOS LICENSING AND**
        **DEVELOPMENT**


By: */s/ Stuart W. Yothers*
        Hilda C. Galvan
        Lead Attorney
        Texas State Bar No. 00787512
        Email: hcgalvan@jonesday.com
        Keith B. Davis
        Texas State Bar No. 24037895
        Email: kbdavis@jonesday.com
        JONES DAY
        2727 N. Harwood Street, Suite 500
        Dallas, TX 75201-1515
        Telephone:  (214) 220-3939
        Facsimile:  (214) 969-5100

        Maxwell A. Fox
        Email: mfox@jonesday.com
        JONES DAY
        Okura Prestige Tower 2-10-4 Toranomon
        Minato-ku, Tokyo 105-0001, Japan
        Telephone:  (813) 6800-1876
        Facsimile:  (813) 5570-1520

        Stuart Wesley Yothers
        Email: syothers@jonesday.com
        JONES DAY
        250 Vesey Street
        New York, NY 10281
        Telephone:  (212) 326-3893
        Facsimile:  (212) 755-7306

        **ATTORNEYS FOR DEFENDANT**
        **NEC CORPORATION**

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 21, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>*/s/ Mark D. Siegmund*
>Mark D. Siegmund