# EXHIBIT A-18

Microsoft Computer Dictionary (Dkt. 29-18)

# EXHIBIT 18
# Excerpt from Microsoft Computer Dictionary (Alex Blanton & Sandra Haynes eds., 5th ed. 2000)



# Microsoft Computer Dictionary
## Fifth Edition

**Microsoft**

OVER 10,000 ENTRIES

- Fully updated with the latest technologies, terms, and acronyms
- Easy to read, expertly illustrated
- Definitive coverage of hardware, software, the Internet, and more!

WSOU-NEC-0001881

*Microsoft*

# Microsoft Computer Dictionary
## Fifth Edition



WSOU-NEC-0001882

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Control Number: 2002019714

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

machine language situations. Condition codes are hardware-specific but usually include carry, overflow, zero result, and negative result codes. *See also* conditional branch.

**conditioning** *n.* The use of special equipment to improve the ability of a communications line to transmit data. Conditioning controls or compensates for signal attenuation, noise, and distortion. It can be used only on leased lines, where the path from sending to receiving computer is known in advance.

**conductor** *n.* A substance that conducts electricity well. Metals are good conductors, with silver and gold being among the best. The most commonly used conductor is copper. *Compare* insulator, semiconductor.

**Conference on Data Systems Languages** *n. See* CODASYL.

**CONFIG.SYS** *n.* A special text file that controls certain aspects of operating-system behavior in MS-DOS and OS/2. Commands in the CONFIG.SYS file enable or disable system features, set limits on resources (for example, the maximum number of open files), and extend the operating system by loading device drivers that control hardware specific to an individual computer system.

**configuration** *n.* **1.** In reference to a single microcomputer, the sum of a system's internal and external components, including memory, disk drives, keyboard, video, and generally less critical add-on hardware, such as a mouse, modem, or printer. Software (the operating system and various device drivers), the user's choices established through configuration files such as the AUTOEXEC.BAT and CONFIG.SYS files on IBM PCs and compatibles, and sometimes hardware (switches and jumpers) are needed to "configure the configuration" to work correctly. Although system configuration can be changed, as by adding more memory or disk capacity, the basic structure of the system—its architecture—remains the same. *See also* AUTOEXEC.BAT, CONFIG.SYS. **2.** In relation to networks, the entire interconnected set of hardware, or the way in which a network is laid out—the manner in which elements are connected.

**configuration file** *n.* A file that contains machine-readable operating specifications for a piece of hardware or software or that contains information on another file or on a specific user, such as the user's logon ID.

**congestion** *n.* The condition of a network when the current load approaches or exceeds the available resources and bandwidth designed to handle that load at a particular location in the network. Packet loss and delays are associated with congestion.

**connect charge** *n.* The amount of money a user must pay for connecting to a commercial communications system or service. Some services calculate the connect charge as a flat rate per billing period. Others charge a varying rate based on the type of service or the amount of information being accessed. Still others base their charges on the number of time units used, the time or distance involved per connection, the bandwidth of each connected session, or some combination of the preceding criteria. *See also* connect time.

**connection** *n.* A physical link via wire, radio, fiberoptic cable, or other medium between two or more communications devices.

**connection-based session** *n.* A communications session that requires a connection to be established between hosts prior to an exchange of data.

**connectionism** *n.* A model in artificial intelligence that advocates using highly parallel, specialized processes that compute simultaneously and are massively connected. Thus, the connectionist approach would not use a single high-speed processor to compute an algorithm, but would break out many simple specialized processing elements that are highly connected. Neural networks are classic examples of connectionism in that each "neuron" in the network may be assigned to a single processor. *See also* algorithm, artificial intelligence, neural network.

**connectionless** *adj.* In communications, of, pertaining to, or characteristic of a method of data transmission that does not require a direct connection between two nodes on one or more networks. Connectionless communication is achieved by passing, or routing, data packets, each of which contains a source and destination address, through the nodes until the destination is reached. *See also* node (definition 2), packet (definition 2). *Compare* connection-oriented.

**connectionless session** *n.* A communications session that does not require a connection to be established between hosts prior to an exchange of data.

**connection-oriented** *adj.* In communications, of, pertaining to, or characteristic of a method of data transmission that requires a direct connection between two nodes on one or more networks. *Compare* connectionless.

**connection pooling** *n.* A resource optimization feature of ODBC (Open Database Connectivity) 3 that results in



WSOU-NEC-0001884

**LLC** *n.* Acronym for Logical Link Control. In the IEEE 802.x specifications, the higher of two sublayers that make up the ISO/OSI data link layer. The LLC is responsible for managing communications links and handling frame traffic. *See also* IEEE 802.x, MAC.

**Lmhosts file** *n.* A local text file that lists the names of network hosts (sometimes called NetBIOS names) to IP addresses for hosts that are not located on the local subnet. *See also* IP address, systemroot.

**load**[1] *n.* **1.** The total computing burden a system carries at one time. **2.** In electronics, the amount of current drawn by a device. **3.** In communications, the amount of traffic on a line.

**load**[2] *vb.* To place information from storage into memory for processing, if it is data, or for execution, if it is program code.

**load-and-go** *adj.* In reference to a routine, able to begin execution immediately, once loaded. The term is commonly used in reference to compilers and the machine code they generate.

**load balancing** *n.* **1.** In distributed processing, the distribution of activity across two or more servers in order to avoid overloading any one with too many requests from users. Load balancing can be either static or dynamic. In the former, the load is balanced ahead of time by assigning different groups of users to different servers. In the latter, software refers incoming requests at runtime to whichever server is most capable of handling them. **2.** In client/server network administration, the process of reducing heavy traffic flows either by dividing a busy network segment into multiple smaller segments or by using software to distribute traffic among multiple network interface cards working simultaneously to transfer information to a server. **3.** In communications, the process of routing traffic over two or more routes rather than one. Such load balancing results in faster, more reliable transmissions.

**loaded line** *n.* A transmission cable fitted with loading coils, usually spaced about a mile apart, that reduce amplitude distortion in a signal by adding inductance (resistance to changes in current flow) to the line. Loaded lines minimize distortion within the range of frequencies affected by the loading coils, but the coils also reduce the bandwidth available for transmission.

**loader** *n.* A utility that loads the executable code of a program into memory for execution. On most microcomputers, the loader is an invisible part of the operating system and is automatically invoked when a program is run. *See also* loader routine, load module.

**loader routine** *n.* A routine that loads executable code into memory and executes it. A loader routine can be part of an operating system or it can be part of the program itself. *See also* loader, overlay[1] (definition 1).

**load module** *n.* An executable unit of code loaded into memory by the loader. A program consists of one or more load modules, each of which can be loaded and executed independently. *See also* loader.

**load point** *n.* The beginning of the valid data area on a magnetic tape.

**load sharing** *n.* A method of managing one or more tasks, jobs, or processes by scheduling and simultaneously executing portions of them on two or more microprocessors.

**load shedding** *n.* In electrical systems, the process of turning off power to some electronic equipment in order to maintain the integrity of the power supply to other connected devices. *See also* UPS.

**lobby page** *n.* A page of information about the broadcast that is displayed in the viewer's browser before the broadcast begins. It can contain a title, subject, host's name, information about the broadcast, and a countdown to the time of the broadcast.

**local** *adj.* **1.** In general, close at hand or restricted to a particular area. **2.** In communications, a device that can be accessed directly rather than by means of a communications line. **3.** In information processing, an operation performed by the computer at hand rather than by a remote computer. **4.** In programming, a variable that is restricted in scope, that is, used in only one part (subprogram, procedure, or function) of a program. *Compare* remote.

**local area network** *n. See* LAN.

**local bus** *n.* A PC architecture designed to speed up system performance by allowing some expansion boards to communicate directly with the microprocessor, bypassing the normal system bus entirely. *See also* PCI local bus, VL bus.

**local bypass** *n.* A telephone connection used by some businesses that links separate buildings but bypasses the telephone company.

**locale identifier** *n.* A 32-bit value that consists of a language identifier and a sort identifier. In code, a locale

