IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development**, <br><br> Plaintiff, <br><br> v. <br><br> **NEC Corporation**, <br><br> Defendant. | Case No.: 6:20-cv-00923-ADA <br> Case No.: 6:20-cv-00924-ADA <br> Case No.: 6:20-cv-00925-ADA <br> Case No.: 6:20-cv-00926-ADA <br> Case No.: 6:20-cv-00927-ADA <br><br> **Jury Trial Demanded** |

**[PROPOSED] ORDER REINSTATING
DEFENDANT'S OPENING CLAIM CONSTRUCTION SUBMISSION**

Before the Court is Defendant NEC Corporation's Motion for Reconsideration of WSOU's Motion To Strike Defendant's Opening Claim Construction Submission. After reviewing the parties' positions, case file, and the applicable law, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that the Order striking NEC's opening claim construction brief submission (Dkt. 33 in 20-cv-00923 and 20-cv-00927; and Dkt. 34 in 20-cv-00924, 6:20-cv-00925 and 20-cv-00926) is vacated and NEC's opening claim construction brief submission (previously Dkt. 29 in all five actions) is reinstated to the record.

SIGNED this _____ day of _____, 2021.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE