**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | **CIVIL ACTION 6:20-cv-00923-ADA** |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00924-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00925-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6:20-cv-00926-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00927-ADA** |
| **v.** | § | |
| | § | |
| **NEC CORPORATION,** | § | |
| *Defendant.* | § | |
| | § | |

**JOINT STIPULATION CONCERNING PRE-MARKMAN DEADLINES**

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC ("WSOU") and Defendant NEC Corporation ("NEC") (collectively, the "Parties") submit this Joint Stipulation to memorialize their agreement to adjust the Scheduling Order. The Parties have agreed to adjust the Scheduling Order to afford the Parties more time to prepare for *Markman* and to allow the Parties to take expert depositions prior to the *Markman*.  Importantly, the adjusted dates do not affect dates that would affect the Court (i.e., the *Markman* hearing date). The Parties have jointly agreed to modify the schedule as follows:

Plaintiff's Response Claim Construction brief: October 15, 2021

Defendant's Reply Claim Construction brief: October 29, 2021

Plaintiff's Sur-Reply Claim Construction brief: November 8, 2021

Date:  September 28, 2021                              Respectfully submitted,

*/s/ Mark D. Siegmund*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive,
Suite 200 Redwood Shores,
California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:  (254) 772-6432

**ATTORNEYS FOR PLAINTIFF WSOU
INVESTMENTS, LLC d/b/a BRAZOS
LICENSING AND DEVELOPMENT**

Date:  September 28, 2021                              Respectfully submitted,

By:  */s/ Stuart W. Yothers*
Hilda C. Galvan
Lead Attorney
Texas State Bar No. 00787512

Email: hcgalvan@jonesday.com
Keith B. Davis
Texas State Bar No. 24037895
Email: kbdavis@jonesday.com
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone:  (214) 220-3939
Facsimile:   (214) 969-5100

Maxwell A. Fox
Email: mfox@jonesday.com
JONES DAY
Okura Prestige Tower 2-10-4 Toranomon
Minato-ku, Tokyo 105-0001, Japan
Telephone:  (813) 6800-1876
Facsimile:   (813) 5570-1520

Stuart Wesley Yothers
Email: syothers@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-3893
Facsimile:   (212) 755-7306

**ATTORNEYS FOR DEFENDANT
NEC CORPORATION**